# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

SUSAN PIERSON,

                      Plaintiff,

      v.

HUDSON INSURANCE COMPANY, *et al.*,

                  Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NO. C19-0289-JCC

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Plaintiff's complaint and this action are DISMISSED with prejudice.

DATED this 6th day of February 2020.

                                    WILLIAM M. MCCOOL
                                    Clerk of Court

                                    /s/ *Tomas Hernandez*
                                    Deputy Clerk